IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 5:23-CR-00039-01 |
| v. | DISTRICT JUDGE ELIZABETH E. FOOTE |
| WILLIAM ROSS HICKMAN<br>Defendant | MAGISTRATE JUDGE HORNSBY |
| and | |
| NASH JOHNSON AND SON'S FARMS, INC.<br>Garnishee | |

**WRIT OF GARNISHMENT**

TO: Nash Johnson and Son's Farms, Inc.
thru Ascensus Trust, Plan Administrator
1655 43rd Street S., Suite 100
Fargo, ND 58103

An Application for Writ of Garnishment seeking property belonging to or due Defendant William Ross Hickman was filed with this Court to secure payment of a claim for a debt to the United States in this matter. As of August 1, 2023, the amount of the claim for a debt asserted by the United States is at least $2,693,221.

Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest and for which you are or may become indebted to the Defendant, excluding earnings. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c)(2)(F). Property that is exempt and not subject to this Writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id*.

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold or will hold property in which William Ross Hickman may have a substantial non-exempt interest. If you are represented by counsel who is an Electronic Case Files (ECF) system user in the Western District of Louisiana, your attorney may file your Answer electronically in ECF. Otherwise, mail or deliver the original answer to the United States District Clerk, 300 Fannin Street, Suite 1167, Shreveport, Louisiana 71101. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c). A sample Answer Form is enclosed for your convenience and your Answer will be publicly filed. You must also mail a copy to Shannon T. Brown, Assistant United States Attorney, 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court to answer this Writ and withhold property before the appearance date. *See* 28 U.S.C. §§ 3104(b)(1) and 3205(c)(6). If you fail to answer or appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United States. *Id*.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT CLERK
WESTERN DISTRICT OF LOUISIANA