**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 5:23-CR-00039-01 |
| DEFENDANT | TYPE OF PROCESS |
| WILLIAM ROSS HICKMAN | See Attachment A |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nash Johnson and Son's Farms, Inc. thru Ascensus Trust, Plan Administrator
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1655 43rd Street S., Suite 100, Fargo, ND 58103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Should you have any questions, call Sheila Still at (318) 676-3622

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (318) 676-3600
DATE: 08/15/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 3
District of Origin No.: 35
District to Serve No.: ND
Signature of Authorized USMS Deputy or Clerk: D/ND
Date: Cw 8/18/23

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 9/28/23  Time: 3:30 ☒ pm
Signature of U.S. Marshal or Deputy: (SDUSM)

Address (complete only different than shown above)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS:**

1 SDUSM — 1hr
miles Round trip — 12 mi

returned unexecuted — The Address listed for Ascensus is no longer correct, in fact it was completely empty office space. I called the 1800 # from their website to see if they moved to a new location in Fargo, ND. I was told that their offices had all closed up + that everyone teleworks. I was told there is no longer an office in North Dakota.

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18